# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 18-CV-61057-UU

Plaintiff:
**Emily Fuller**

vs.

Defendant:
**Onestop Internet, Inc., d/b/a Joe's Jeans, a foreign for-profit corporation**

For:
The Law Office of Pelayo Duran, PA
4640 NW 7th St.
Miami, FL 33126

Received by Court Express Services on the 22nd day of May, 2018 at 11:38 am to be served on **Onestop Internet, Inc., d/b/a Joe's Jeans, a foreign for-profit corporation c/o Registered Agent, John Tomich, 550 Continental Blvd, Ste 130, El Segundo, CA 90245.**

I, Rigo Tellez, being duly sworn, depose and say that on the 24th day of May, 2018 at 2:40 pm, I:

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action; Complaint** with the date and hour of service endorsed thereon by me, to: **Amber Omoor** as Business Agent for **Onestop Internet, Inc., d/b/a Joe's Jeans, a foreign for-profit corporation c/o Registered Agent, John Tomich**, at the address of: **550 Continental Blvd, Ste 130, El Segundo, CA 90245**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'3", Weight: 110, Hair: Blonde, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

A notary public or other officer completing this document verifies only the identity of the individual who signed the document and not the truthfulness, accuracy, or validity of the document.

Subscribed and Sworn to (or affirmed) before me on the 30 day of May, _____ By _____, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC

Rigo Tellez
2014283953

**Court Express Services**
P.O. Box 010581
Miami, FL 33101
(305) 205-1304

Our Job Serial Number: ENL-2018000985

Copyright © 1992-2018 Database Services, Inc - Process Server's Toolbox V7.2n



PAULETTE MARIE SANDS
Notary Public - California
Los Angeles County
Commission # 2238272
My Comm. Expires May 8, 2022